UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tara Chambers,

    Plaintiff,

        v.                      Case No. 1:17cv390

Southwest Credit Systems, L.P.,        Judge Michael R. Barrett

    Defendant.

## CALENDAR ORDER

Pursuant to the filing of the Rule 26(f) Report by the parties and the scheduling conference conducted September 26, 2017, this case shall proceed as follows:

1. Telephone Status Conference[1]:  **November 20, 2017 at 11:30 am**

2. Deadline to file motion for leave to amend the complaint:  **December 8, 2017**

3. Deadline for motions relative to the pleadings:  **January 8, 2018**

4. Deadline for disclosure of expert witnesses and submission of expert reports[2]: Disclosure of non-expert (fact) witnesses:  **January 8, 2018**

5. Discovery to be completed by[3]: **March 8, 2018**

6. Telephone Status Conference[4]: **March 13, 2018 at 11:30 am**

7. Dispositive motion deadline[5]: **April 9, 2018**

---

[1]Parties shall refer to the entry on August 21, 2017, Notice of Telephone Conference for conferencing instructions.

[2]Disclosure of Experts, Expert reports, and non-expert (fact) witnesses are not required to be filed with the Court.

[3]Counsel shall not presume that a pending motion stays their obligation to complete discovery by this date.

[4]Parties shall refer to the entry of August 21, 2017, Notice of Telephone Conference for conferencing instructions.

[5]Counsel shall familiarize themselves with the Court's Standing Orders and S.D. Ohio Civ. R.  The Court will not read beyond 20 pages unless leave has been previously sought and granted.  This Court requires courtesy copies of all substantive motions be delivered to chambers upon filing.

8. Settlement Conference[6]: **May 24, 2018 at 1:00 pm, Room 239**

9. Joint Final Pretrial Order/Jury Instructions: **Submitted to the Court one week prior to the final pretrial conference**

10. Final pretrial conference:  **September 28, 2018 at 11:00 am, Room 239**

11. Jury Trial:  **November, 2018, Courtroom 109**

IT IS SO ORDERED.

                                          *s/Michael R. Barrett*
                                          Michael R. Barrett
                                          United States District Judge

---

[6]Special Instructions regarding settlement: 1.  All parties must bring their client or a representative with full settlement authority.   Failure to follow this requirement will result in sanctions; 2.  Each counsel must prepare and submit via hand delivery to the Court or via the chamber's email address at: barrett_chambers@ohsd.uscourts.gov a letter no longer than five pages one week prior to the conference a synopsis of the case and the status of any settlement negotiations to date.   These letters **NEED NOT** be filed with the Clerk's Office nor exchanged with opposing counsel.